USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-3-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
Johann Pineda

        Plaintiff(s),

-against-

United States of America,

        Defendant(s).
-----------------------------------x

16 Civ. 4806 (LAP)

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

    Plaintiff and Counsel shall confer and inform Judge Preska by letter no later than March 13, 2020 of the status of the action/remaining claims/defendants.

SO ORDERED.

The Clerk of the Court shall mail a copy of this order to Plaintiff

SO ORDERED

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*/s/ Loretta A. Preska*
_____
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: March 2, 2020

New York, New York